UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILBERT NORWOOD STARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| ROBERT J. DAVIS, ET AL, | ) | 3:20-CV-2771-G-BT |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On May 4, 2021, the court, adopting in full the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, issued judgment dismissing Plaintiff's action for lack of subject matter jurisdiction, or, alternatively, as frivolous. *See* docket entries 15, 16.  On May 18, 2021, Plaintiff filed a "motion for rehearing" (docket entry 17), which the magistrate judge construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e).  On September 24, 2021, the magistrate judge issued findings, conclusions, and a recommendation that the motion to alter or amend be denied.  *See* docket entry 18.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (docket entry 18) and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.  Accordingly, Plaintiff's "motion for rehearing" (docket entry 17) is **DENIED**.

     **SO ORDERED**.

October 16, 2021.

                                           */s/ A. Joe Fish*
                                           **A. JOE FISH**
                                           **Senior United States District Judge**